UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCELLUS WILLIAMS,                   )
                                      )
            Petitioner,               )
                                      )
      vs.                             )          Case No. 4:04-CV-1749 MLM
                                      )
DON ROPER,                            )
                                      )
            Respondent.               )

## NOTICE OF FILING EXHIBIT

The Exhibits/Attachments in this case will be filed with the Clerk's Office in paper format.


December 15, 2004
Date


                              /s/_____
                                William Fauks
                                Pro Se Writ Clerk




Revised 9/30/03