RECEIVED BY MAIL

DEC 1 5 2004

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

HONORABLE CLERK OF COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI-

EASTERN DIVISION

111 S.TENTH STREET

ST.LOUIS, MO.63102

December 3,2004

FILED

DEC 1 5 2004

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**4: 04CV01749MLM**

Re: **MARCELLUS WILLIAMS V. DON ROPER,**

Dear Clerk of Court:

Please find enclosed petitioner's write of habeas corpus, and attachments thereto.

Petitioner has also enclosed a motion to proceed in forma pauperis for filing in this court to proceed without prepayment of fees.

I was not able to secure the necessary copies that are required by this court, please if it is not a burden, please copy the necessary copies required by this court. Your help and professionalism is very much appreciated, needed. Thank you.

Respectfully,

MARCELLUS WILLIAMS SR.
Reg no.163729