# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MARCELLUS S. WILLIAMS, SR.,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　)　Case no. 4:04-CV-1749 MLM
　　　　　　　　　　　　　　　　　)
DON ROPER,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Superintendent.　　　　　　)

## NOTICE OF EXHIBIT FILING

Respondent's Exhibits A through M, which are attachments to respondent's response to this Court's Show Cause Order, exceed twenty-five pages in length and thus are in paper form only and are being maintained in the Clerk's Office.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　JEREMIAH W. (JAY) NIXON
　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　/s/ Andrew W. Hassell
　　　　　　　　　　　　ANDREW W. HASSELL
　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　Missouri Bar No. 53346

　　　　　　　　　　　　P. O. Box 899
　　　　　　　　　　　　Jefferson City, MO  65102
　　　　　　　　　　　　(573) 751-3321
　　　　　　　　　　　　(573) 751-3825 Fax
　　　　　　　　　　　　**andrew.hassell@ago.mo.gov**

　　　　　　　　　　　　*Attorneys for Respondent*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and
correct copy of the  foregoing
was  mailed, postage prepaid,
this <u>10th</u> day of February, 2005,
to the following, who does not
participate in this Court's ECF system:

Mr. Marcellus S. Williams, Sr. , Reg. No. 163729
Potosi Correctional Center
Route 2, Box 2222
Mineral Point, Missouri  63660


<u>/s/ Andrew W. Hassell</u>
ANDREW W. HASSELL
Assistant Attorney General

2