UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARCELLUS WILLIAMS, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:04CV1749 MLM |
| ) | |
| DON ROPER, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Respondent Don Roper and against Petitioner Marcellus Williams, Sr., and that the Petition filed by Petitioner for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED,** with prejudice. Doc. 2.

/s/ Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of November, 2005.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com